### 3693.    MATHIS *v.* THE STATE.

HILL, C. J. The circumstances relied upon to support the verdict, weighed most strongly against the accused, are not incriminatory in character, and are only sufficient to raise a suspicion of guilt; and suspicion alone, however strong and apparently well founded, has no probative value as evidence, and a verdict based thereon, without more, is contrary to law.

*Judgment reversed.*

DECIDED NOVEMBER 7, 1911.

Indictment for larceny from house; from Floyd superior court —Judge Maddox. August 19, 1911.

*Sharp & Sharp,* for plaintiff in error.

*John W. Bale, solicitor-general,* contra.